IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

TOMMY RADFORD
ADC #89900                                                          PLAINTIFF

v.                      No. 5:19-cv-236-DPM-JTK

AUDREA CULCLAGER, Warden,
Maximum Security Unit; RICHARD
TODD BALL, Assistant Warden, Maximum
Security Unit; SANDRA JEFFERSON,
Commissary Supervisor, Maximum Security
Unit; DEANNE JACKSON, Classification
Supervisor, Maximum Security Unit;
FORD, Major, Maximum Security Unit;
and OMELLIA, CO-1                                                   DEFENDANTS

## ORDER

The Court adopts Magistrate Judge Kearney's unopposed partial recommendation. № 8; FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Radford's claims against Culclager, Ball, Jackson, and Ford are dismissed without prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

23 October 2019