IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

TOMMY RADFORD
ADC #89900                                                                            PLAINTIFF

v.                              No. 5:19-cv-236-DPM-JTK

SHANE OMEALIA, CO-1                                                         DEFENDANT

## ORDER

1. The Court withdraws the reference.

2. Joint motion to dismiss, *Doc. 55*, granted. Radford's complaint will be dismissed with prejudice. An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

30 April 2021