IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

TOMMY RADFORD
ADC #89900                                                                                        PLAINTIFF

v.                            No. 5:19-cv-236-DPM

AUDREA CULCLAGER, Warden,
Maximum Security Unit;   RICHARD
TODD BALL, Assistant Warden, Maximum
Security Unit;   SANDRA JEFFERSON,
Commissary Supervisor, Maximum Security
Unit;   DEANNE JACKSON, Classification
Supervisor, Maximum Security Unit;
FORD, Major, Maximum Security Unit;
and SHANE OMELLIA, CO-1                                                         DEFENDANTS

## JUDGMENT

Radford's complaint is dismissed with prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

30 April 2021